# Court of Appeals
## Tenth Appellate District of Texas

10-25-00449-CR

Anthony Joseph Hernandez,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
413th District Court of Johnson County, Texas
Judge William C. Bosworth Jr., presiding
Trial Court Cause No. DC-F202400204

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Anthony Joseph Hernandez appealed the trial court's judgment of conviction for engaging in organized criminal activity signed on November 25, 2025. On April 27, 2026, Hernandez filed a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). The motion was signed by Hernandez and his attorney. *See* TEX. R. APP. P. 42.2(a).

Accordingly, Hernandez's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed. *Id.*

LEE HARRIS
Justice

OPINION DELIVERED and FILED:  May 7, 2026

Before Chief Justice Johnson,
        Justice Smith, and
        Justice Harris
Appeal dismissed
Motion granted
Do not publish
CR25

